IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRELL MADISON, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00116-MTT-AGH |
| | * |
| SERGEANT SAMMANTHA GREENE, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 8th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk